THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSEPH PAVLIK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its Corporate and Receivership Capacity, *et al.*, <br><br> Defendants. | Case No. 1:10-cv-00816 |

## STIPULATION OF SETTLEMENT AND DISMISSAL WITHOUT PREJUDICE

On February , 2011, Plaintiffs Joseph Pavlik and Donna Smithey (Plaintiffs) and Defendant Federal Deposit Insurance Corporation, in its corporate capacity (FDIC) (collectively the Parties) entered into a settlement agreement (Agreement) to dismiss this action without prejudice pending the Parties' fulfillment of the terms and conditions specified in the Agreement.

WHEREFORE, the above action is hereby dismissed without prejudice pending the Parties' fulfillment of the terms and conditions specified in the Agreement. Upon fulfillment of the terms and conditions of the Agreement, the Parties shall notify the Court and submit a stipulation of final dismissal with prejudice.

Dated:	Respectfully submitted,

s/Barbara Sarshik
Barbara Sarshik, Senior Counsel
Barbara Katron, Counsel
Larry L. Goodman, Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, D-7020
Arlington, VA. 22226
Tel.: 703.562.2309

s/Clinton A. Krislov
Clinton A. Krislov, Esq.
Jeffrey M. Salas, Esq.
Krislov & Associated, LTD.
20 North Wacker Drive, Ste. 1350
Chicago, IL 60606
Tel: 312- 606-0500

It is so ORDERED by the Court this 22 day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE