# THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| JOSEPH PAVLIK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, in its Corporate and Receivership Capacity, *et al.*, <br><br> Defendants. | Case No. 1:10-cv-00816 |

## STIPULATION OF SETTLEMENT AND FINAL DISMISSAL

On June 17, 2011, Plaintiffs Joseph Pavlik and Donna Smithey (Plaintiffs) and Defendant Federal Deposit Insurance Corporation, in its corporate capacity (FDIC) (collectively the Parties) entered into a settlement agreement (Agreement) to dismiss this action with prejudice subject to the Parties' fulfillment of the terms and conditions specified in the Agreement.

The Parties represent that they have now fulfilled each of their respective obligations pursuant to the Agreement.

WHEREFORE, the above action is hereby dismissed with prejudice subject only to the Court retaining jurisdiction as necessary to enforce the terms of the Agreement.

Respectfully submitted,

s/Barbara Sarshik
Barbara Sarshik, Senior Counsel
Barbara Katron, Counsel
Larry L. Goodman, Counsel
Federal Deposit Insurance Corporation
3501 Fairfax Drive, D-7020
Arlington, VA. 22226
Tel.: 703.562.2309


s/Clinton A. Krislov
Clinton A. Krislov, Esq.
Jeffrey M. Salas, Esq.
Krislov & Associated, LTD.
20 North Wacker Drive, Ste. 1350
Chicago, IL 60606
Tel: 312- 606-0500


**It is so ORDERED by the Court this 25th day of January, 2012.**

_____
HONORABLE AMY J. ST. EVE
UNITED STATES DISTRICT JUDGE